| | |
|---|---|
| STATE OF INDIANA ) | IN THE LAKE COUNTY SUPERIOR COURT |
| ) | CAUSE NO.: |
| COUNTY OF LAKE ) | |
| RUBEN LUNA, and ) | |
| SYLVIA LUNA, ) | |
| Plaintiffs, ) | |
| v. ) | |
| MENARD, INC., d/b/a MENARDS ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiffs, Ruben Luna and Sylvia Luna (herein "Plaintiffs"), by counsel, Raeanna C. Spahn., and for their cause of action against Defendant Menard, Inc., d/b/a Menards (herein "Menards") states as follows:

## COUNT I.

1. This is a civil action for injuries and damages that the Plaintiff, Ruben Luna, sustained as a result of an incident which incurred on or about March 18, 2021 at the Menards store located at 6300 Mississippi Street, Merrillville, Lake County, State of Indiana.

2. Presently, and at all times relevant to this action, Defendant, Menards, a Wisconsin corporation, owned and/or occupied the premises located at 6300 Mississippi Street, Merrillville, Indiana. Lake County, State of Indiana and conducted business at said location.

3. Presently, and at all times relevant to this action, the Plaintiff, Ruben Luna, was a resident of Lake County, State of Indiana.

4. On or about March 18, 2021, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

5. On said date, due to the negligence of the Defendant, the Plaintiff, Ruben Luna, was injured when box(es) full of metal, hardware, and/or other hazardous items fell from shelves above and onto Plaintiff Ruben Luna's head and body.

6. The Defendant had a duty to the Plaintiff to maintain the premises, including but not limited to, its aisles, shelving, and storage of objects and/or merchandise, in a reasonably safe condition and that the Defendant was negligent regarding same.

7. The Defendant's negligence includes, but is not limited to, the following:

   a. Failing to provide a reasonably safe walking area for their invitees;

   b. Not repairing or fixing dangerous or damaged shelving, which pose a hazard to their invitees;

   c. Stacking and/or storing boxes in an unsafe or dangerous manner which posed a hazard to their invitees;

   d. Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to the Plaintiff;

   e. Failing to operate the establishment in a reasonably careful and prudent matter;

   f. Failure to exercise reasonable care to protect business invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;

   g. Failing to follow recommendations that would prevent this aforementioned hazard;

   h. Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

2

    i.     Failure to exercise reasonable and prudent care for the safety of their business invitees;

    j.     Negligent hiring and/or training and/or supervision of individuals, employees, or other entities; and/or

    k.     Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana Law, to maintain and preserve evidence.

8. As a direct and proximate result of Defendant, Menards', negligence, the Plaintiff, Ruben Luna, suffered injuries, some which are permanent, has incurred, and will continue to incur, medical expenses for care, testing, and treatment, has suffered and will continue to suffer loss of wages and earning ability, and an inability to engage in normal daily activities for an indefinite period of time.

9. As a direct and proximate result of Defendant, Menards', negligence, the Plaintiff, Ruben Luna, has incurred, and will continue to incur, pain, loss of enjoyment of life, and emotional and mental suffering associated with his injuries for an indefinite period of time.

10. As a direct and proximate result of Defendant, Menards', negligence, the Plaintiff, Ruben Luna, has been damaged.

WHEREFORE, the Plaintiff, Ruben Luna, by Counsel, requests trial by jury and demands judgment against Defendant, Menard, Inc., d/b/a Menards, and prays as follows:

1. For reasonable compensatory damages;
2. Interest allowable by law, including both pre-judgment interest and post-judgment interest;
3. For the costs of this action; and
4. For all other just and proper relief in these premises.

## COUNT II.

11. Plaintiffs reincorporate and re-allege, by reference, all paragraphs of the Court I of the Plaintiffs' Complaint as set forth above.

12. Plaintiffs, Ruben Luna, and Sylvia Luna are married, and at all times relevant herein, were married as husband and wife.

13. As a direct and proximate result of the Defendant, Menards', negligence and the injuries, including bodily injuries and permanent injuries, received by the Plaintiff, Ruben Luna, the Plaintiff, Sylvia Luna, has been deprived of her spouse's services, companionship, society, and consortium during the period of his convalescence and for an indefinite further period of time, and has been damaged in an amount to be determined at the trial of this cause of action.

WHEREFORE, the Plaintiff, Sylvia Luna, by Counsel, requests a trial by jury and demands judgment against the Defendant, Menards, for the loss of her spouse's services, companionship, society, and consortium, in an amount to be determined at the trial in this cause of action, interest allowable by law, including both pre-judgment interest and post-judgment interest, court costs, and all other just and proper relief in the premises.

Respectfully submitted,
ESKEW LAW, LLC

By: /s/ Raeanna C. Spahn
Raeanna C. Spahn, #29496-49
ESKEW LAW, LLC
333 N. Alabama St., Suite 350
Indianapolis, IN 46204
P: 317-974-0177
FAX: 317-974-0179
raeanna@eskewlaw.com

## DEMAND FOR TRIAL BY JURY

COME NOW, the Plaintiffs, Ruben Luna and Sylvia Luna, by counsel, Eskew Law, LLC, and demands that this matter be tried by jury pursuant to Trial Rule 38.

Respectfully submitted,

ESKEW LAW, LLC


*/s/ Raeanna C. Spahn*
Raeanna C. Spahn, #29496-49
Attorney for the Plaintiff

Raeanna C. Spahn, #29496-49
ESKEW LAW, LLC
333 N. Alabama St., Suite 350
Indianapolis, IN 46204
P: (317) 974-0177
FAX: (317) 974-0179
Raeanna@eskewlaw.com

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ruben Luna and Sylvia Luna

**DEFENDANTS**
Menard, Inc. d/b/a Menards

(b) County of Residence of First Listed Plaintiff: Lake County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Eau Claire County, IN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Raeanna C. Spahn, Eskew Law, LLC, 333 N. Alabama St., Suite 350, Indianapolis, IN 46204

Attorneys *(If Known)*
Jennifer E. Davis, Garan Lucow, Miller, 8585 Broadway, Ste. 480, Merrillville, IN 46410

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332(a)(1) and 1332(b), 28 USC 1441 and 1446(b)

Brief description of cause:
Plaintiff alleges a box full of metal, hardware, and other hazardous items fell from the shelf onto his head.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE N/A
DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/09/2021 | /s/ Jennifer E. Davis |

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE